No. 495, Misc. SMITH *v.* HOOEY, JUDGE. Sup. Ct. Tex. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Joe S. Moss* for respondent. *Solicitor General Griswold* filed a memorandum for the United States by invitation of the Court (390 U. S. 937).

No. 753, Misc. HARRIS, U. S. DISTRICT JUDGE (WALKER, REAL PARTY IN INTEREST) *v.* NELSON, WARDEN. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg* and *Charles R. B. Kirk,* Deputy Attorneys General, for respondent.

No. 1053, Misc. FRANK *v.* UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *John B. Ogden* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.